# In The United States District Court For Western District Of Washington State

| | |
|---|---|
| State of Washington, Plaintiff vs. David Darrell Sykes, Defendant. | No# 18-1-07853-5 SEA. Petition For Writ Of Habeas Corpus By Defendant Requesting Federal Court's Civil Docket Per To Case Supra Per To Remand of Case Supra Back To King County Superior Court Pursuant To Title 7 RCW: |

FILED LODGED RECEIVED MAIL
MAR 21 2019
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY_____ DEPUTY

To: Clerk Of The United States District Court Western District Of Washington State (Seattle, WA).

Page. (1)

In The United States District Court For Western District Of Washington State

| | |
|---|---|
| State of Washington, Plaintiff, | No.# 18-1-07853-5 SEA. |
| vs. | Habeas Corpus & Pursuant To Defendant's De Jure Rights of Law Pursuant To 5th, 6th, &14th Amendments Of The United States Constitution. |
| David Darrell Sykes, Defendant. | |

To: Clerk Of The United States District Court Western District Of Washington State (Seattle, WA).

I, David Darrell Sykes/ Petitioner supra' do hereby motion the United

Page.                    (2)

1  States District Court in
2  Seattle, Washington for
3  the Civil-Docket from
4  your Federal Court which
5  pertains to any remand
6  made by a Federal
7  U.S. Magistrate Judge of
8  your court supra to the
9  Superior Court of Seattle,
10 Washington pertaining to
11 this coerced & premature
12 Petition For Writ of Habeas
13 Corpus which I, David
14 Darrell Sykes, Petitioner
15 to your Federal court
16 was forced to file for
17 the purpose of reinstating
18 my, David Sykes's guaranteed
19 de jure Rights of Federal
20 Law pursuant & enacted by
21 the 5th, 6th, & 14th Amend-
22 ments of The United States
23 Constitution cause of the

Page.            (3)

1  malicious prosecution and
2  illegal infringements on
3  my, David Darrell Sykes's
4  guaranteed Rights of the
5  federal laws which are
6  noted supra by King
7  County Prosecuting Attorney
8  Daniel T. Satterberg per-
9  taining to the false
10 crime charges of November
11 22, 2018 which was falsely
12 filed against me, David
13 Sykes by the King
14 County, Washington Sheriff's
15 Office here in Seattle,
16 Washington and which
17 pertains to the false
18 superior court case
19 of: Superior Court of
20 Washington For King County
21 Case No.#18-1-07853-5 SEA/
22 King County, Washington
23 Sheriff's Office case
24 No.#C18050613 and also cause
25 of the fraudulant and
26 corrupt actions in the

Page.                    (4)

1. Superior Court of Seattle,
2. Washington by King County
3. Superior Court Judges, &
4. King County, Washington
5. Deputy Prosecuting Attorney
6. Sarah E. Erickson-Mills
7. WSBA#52621, & court-appoint
8. ed DPD Defense Attorney
9. Kaitlyn Aitken of The Defender
10. Association Division Of King
11. County Department Of Public
12. Defense in Seattle, Washington
13. pertaining to their illegal
14. refusal to place my,
15. David Darrell Sykes's name
16. on the Superior Court's
17. Court-Docket to litigate
18. in Superior Court the
19. false crime charges of
20. November 22, 2018 which
21. pertains the superior
22. court case of: Superior
23. Court Of Washington For
24. King County Case No.#
25. 18-1-07853-5 SEA/King
26. County, Washington Sheriff's

Page.            (5)

1 Office Case No.#C18050613
2 —and cause illegally the
3 King County, Washington
4 Prosecuting Attorney's
5 Office here in Seattle,
6 Washington continue to
7 hold me, David Darrell
8 Sykes in the custody of
9 the King County Jail of
10 Seattle, Washington per-
11 taining to the false
12 superior court case
13 of: Superior Court of
14 Washington For King County
15 Case No.#18-1-07853-5 SEA
16 /King County, Washington
17 Sheriff's Office Case
18 No.#C18050613— i.e. which
19 forced me, David Sykes
20 to file this coerced &
21 premature Petition For
22 Writ of Habeas Corpus via
23 The United States District
24 Court Of The Western District
25 Of Washington State—just
26 as I, David Darrell Sykes

Page.            (6)

/Petitioner have already previously informed your Federal Court about in my, David Sykes's first legal mail correspondence which I've mailed-out to The United States District which pertains to the case of: Superior Court of Washington For King County Case No.#18-1-07853-5 SEA/ King County, Washington Sheriff's Office Case No#C18050613 -&- this coerced and premature Petition For Writ of Habeas Corpus which I, David Darrell Sykes have submitted to your Federal Court pertaining to the Superior Court Case which is noted supra. Therefore, I, David Sykes/Petitioner, supra to your Federal Court: The United States

Page.                    (7)

1  District Court Of The
2  Western District Of
3  Washington State here
4  in Seattle, Washington
5  — humbly request that
6  you, Clerk of the Federal
7  Court which is noted
8  supra (please) mail-out
9  to me, David Darrell Sykes
10 /Petitioner supra — The
11 Federal Court Civil-Docket
12 which pertains to any
13 remand or court-order
14 issued from your court
15 by a Federal Magistrate
16 Judge pertaining to the
17 superior court case of:
18 Superior Court Of Washington
19 For King County Case No#
20 18-1-07853-5 SEA / King
21 County, Washington Sheriff's
22 Office Case No# C18050613
23 -& this coerced & pre-
24 mature Petition For Writ
25 Of Habeas Corpus of
26 mine, David Sykes to

Page.        (8)

1 you, Clerk of The
2 United States District
3 Court For The Western
4 District of Washington
5 State here in Seattle,
6 Washington which pertains
7 to my, David Darrell
8 Sykes's false arrest, &
9 false imprisonment, &
10 malicious prosecution which
11 pertains to the superior
12 court case of: Superior
13 Court of Washington For
14 King County Case No#
15 18-1-07853-5 SEA/King
16 County, Washington Sheriff's
17 Office Case No.# C18050613.
18
19 Thank you.
20
21 Signattured & dated on the
22 20th-day of the month
23 of March of the year
24 of 2019 by *David Darrell*
25 *Sykes*, Petitioner supra.
26

Page.              (9)

Name David Darrell Sykes
Bkg. # 218032744
King County Correctional Facility
500 Fifth Avenue
Seattle, WA 98104-2332

LEGAL MAIL
ONE
MOTION CORPUS
SECTION
SHAPE I

United States District Court
United States Courthouse
700 Stewart Street
Suite 2310
Seattle, WA 98101-1271

Name: David Darrell Sykes
BKG. # 218032744
King County Correctional Facility
500 Fifth Avenue
Seattle, WA 98104-2332

LEGAL
WRIT OF HABEAS CORPUS
MOTION
SECTION 2241
SHAPETI

United States District Court
United States CourtHouse
700 Stewart Street
Suite 2310
Seattle, WA 98101-1271

98101-444265

SEATTLE WA
NEOPOST
21 MAR 2019 PM
US POSTAGE $000.50
03/21/2019
ZIP 98101
041M11298395

MAIL

FILED   LODGED
RECEIVED
MAR 21 2019
CLERK U.S. DISTRICT COURT
AT SEATTLE
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY



Name David Darrell Sykes
Bkg. #218032744
King County Correctional Facility
500 Fifth Avenue
Seattle, WA 98104-2332

LEGAL MAIL
ONE WRIT
MOTION FOR WRIT
SECTION FOR
PETITION OF HABEAS CORPUS

United States District Court
Clerk, U.S. District Court
700 Stewart Street,
Suite 2310
Seattle, WA 98101-1271



